Becker v. State












COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




IN RE



ALEJANDRO SALAZAR.



RELATOR
 §


 


§


 


§


 


§


 


§


 


 § 


No. 08-04-00087-CV



An Original Proceeding 


in Mandamus







OPINION ON PETITION FOR WRIT OF MANDAMUS


 Relator, Alejandro Salazar, asks this Court to issue a writ of mandamus against
Respondent, the Honorable Patricia Macias, Judge of the 388th District Court of El Paso
County. The petition for writ of mandamus is denied. See Tex. R. App. P. 52.7(a), 52.8(a);
Walker v. Packer, 827 S.W.2d 833, 840 (Tex. 1992)(orig. proceeding). Our denial of the
petition shall not be construed as a ruling on the merits of the underlying case.